```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ROBERT FELLOWS, individually and On      :    07 CIV. 2261 (DLC)
behalf of all others similarly           :
situated,                                :         ORDER
                Plaintiff,               :
                                         :
        -v-                              :
                                         :
CITIGROUP, INC. and CITIMORTGAGE, INC.,  :
                                         :
                Defendants.              :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/09

DENISE COTE, District Judge:

The above-captioned matter having been reassigned to this Court's docket, it is hereby

ORDERED that a pretrial conference is scheduled for **noon** on **July 24, 2009** in Courtroom 11B, 500 Pearl Street.

Dated:   New York, New York
         July 14, 2009

                              _____
                                    DENISE COTE
                              United States District Judge