USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
ROBERT FELLOWS, individually and on        :
behalf of all others similarly             :
situated,                                  :       07 Civ. 2261 (DLC)
                        Plaintiff,         :
                                           :            ORDER
            -v-                            :
                                           :
CITIGROUP, INC. and CITIMORTGAGE, INC.,    :
                        Defendants.        :
-------------------------------------------X
```

DENISE COTE, District Judge:

    On June 5, 2009, this action was transferred to this Court with a fully submitted motion to dismiss. At a conference on July 24, it was agreed that the plaintiff could file an amended complaint by July 31, 2009, but would not thereafter be permitted a further opportunity to amend. The plaintiff filed a First Amended Complaint on July 31, 2009. The parties are presently engaged in motion practice over whether there is subject matter jurisdiction over the claims in the First Amended Complaint. Accordingly, it is hereby

    ORDERED that the June 8, 2007 motion to dismiss is denied without prejudice to renewal in the event that the Court finds

there is subject matter jurisdiction over this action.

SO ORDERED:

Dated:    New York, New York
          August 7, 2009

                                    _____
                                              DENISE COTE
                                       United States District Judge