BRYAN CAVE, LLP
Noah M. Weissman
Attorneys for Defendant
1290 Avenue of the Americas
New York, New York 10104
212-541-2028

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT FELLOWS, individually and
On behalf of all others similarly situated,

        Plaintiff,

-against-

CITIMORTGAGE, INC.,

        Defendant.

07 Civ. 2261 (DLC)

**STIPULATION AND ORDER FOR A SUBSTITUTION OF COUNSEL**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, that K&L Gates LLP, 599 Lexington Avenue, New York, New York 10022, be and hereby is substituted in place and instead of Bryan Cave LLP, 1290 Avenue of the Americas, New York, New York 10104, as counsel for the Defendant, CitiMortgage, Inc., in the captioned action. Pursuant to Local Rule 1.4 of the United States District Court for the Southern District of New York, the Declaration of David S. Versfelt, sworn to on September 11, 2009 is submitted in support hereof.

Granted.

*/s/ Denise Cote*
Sept. 18, 2009

Dated: September 11, 2009
New York, New York

BRYAN CAVE, LLP

*/s/ Noah M. Weissman*

Noah M. Weissman
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212-541-2028

K&L GATES LLP

*/s/ David S. Versfelt*

David S. Versfelt, Esq. (DV 8935)
Alyssa B. Cohen, Esq. (AC 2323)
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901

SO ORDERED:

_____
Honorable Denise L. Cote
United States District Judge